In the Matter of the Application and Petition of GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York under Chapter 724 of the Laws of 1905 and the Acts Amendatory Thereof (Now Title K of the Administrative Code of the City of New York), in the County of Westchester, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of New York City. (Delaware Sections 1, 2, 3. County of Westchester.) ELEANOR ISELIN, as the Owner of Award for Parcel 840 Herein, and GERALD WHITMAN, as the Owner of Award for Parcel 845, Appellants; GEORGE J. GILLESPIE and Others, Constituting the Board of Water Supply of the City of New York, Respondents.— Order, in so far as appealed from, confirming the second separate report of commissioners of appraisal in a condemnation proceeding to acquire lands for the construction of a tunnel to convey water, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Petition of LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK to Render and Settle Its Account as Substituted Trustee of HENRY GRUBE, Deceased. LULU MAY CLARK, as Executrix, etc., of LULU MAY CLARK, Deceased, Appellant; LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Substituted Trustee under the Will of HENRY GRUBE, Deceased, EDITH GRUBE HERRINGTON, HENRY C. GRUBE, THEODOR GRUBE, WILLI GRUBE, HARRY GRUBE, WILLIAM J. TOPKEN, as Ancillary Administrator of the Estate of HERMAN GRUBE, JR., Deceased, JOHANNA HENRIETTE GRUBE and INA GRUBE, and WALTER JEFFREYS CARLIN, Respondents.— Decree of the Surrogate's Court of Kings County, overruling the objections of Lulu May Clark, as executrix, etc., to the account of the Lafayette National Bank of Brooklyn, as substituted trustee, and settling the account of the substituted trustee, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Henry Grube, Deceased. No opinion. Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Hagarty, J., not voting.

In the Matter of the Petition of WILLIAM V. ELLIOTT, Public Administrator of the County of Kings, as the Administrator, etc., of SIMON HEUMANN, Deceased, to Render and Settle His Account as Administrator. JACOB MENDLOWITZ, Appellant; WILLIAM V. ELLIOTT, Public Administrator of Kings County, as Administrator C. T. A. of the Estate of SIMON HEUMANN, Deceased, and JULIUS HEUMANN, CECILIE HEUMANN, EUGENE HEUMANN, ELIZABETH H. BERGHEIMER, Estate of PAULINE H. LOEB and ERNESTINE H. SPIRO (Distributees), Respondents.— Order of the Surrogate's Court, Kings County, dated the 13th day of March, 1940, confirming report of referee and incidentally disallowing a claim against the estate involved, in so far as appealed from, unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.